**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6378**

WILLIE ORLANDO MCKINNON,

        Plaintiff - Appellant,

    v.

COUNTY EXECUTIVE MARC ELRICH; POLICE CHIEF MARCUS JONES; DET BRIAN DYER,

        Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-00283-BAH)

Submitted:  February 19, 2026                Decided:  February 24, 2026

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Willie Orlando McKinnon, Appellant Pro Se.  Erin Jeanne Ashbarry, Kathryn Anne Lloyd, OFFICE OF THE COUNTY ATTORNEY, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Orlando McKinnon appeals the district court's orders denying relief on his 42 U.S.C. § 1983 complaint and denying reconsideration. Limiting our review of the record to the issues raised in McKinnon's informal brief,[*] we find no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm. *McKinnon v. Elrich*, No. 1:24-cv-00283-BAH (D. Md. Feb. 18, 2025; Apr. 11, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] McKinnon does not contest the district court's dismissal of his claims against Defendant Marc Elrich.

2